UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                                Criminal Case Number 05-20044
                                                Honorable David M. Lawson

v.

NATHAN ZAIN OMAR,

       Defendant.
_____/

## ORDER DENYING MOTION FOR REDUCTION OF SENTENCE

The matter is before the Court on the defendant's motion for reduction of sentence. The defendant asks the Court to retroactively apply the Fair Sentencing Act's reduced crack cocaine-to-powder cocaine sentencing ratio. The defendant pleaded guilty to possession of 50 grams or more of cocaine base with the intent to distribute and possession of a firearm in furtherance of a drug trafficking crime. On November 30, 2006, the Court sentenced the defendant to 151 months imprisonment for the drug conviction and 60 months for the firearm conviction, to be served consecutively.

On October 15, 2009, the Court, on the defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), reduced the defendant's sentence for possession of cocaine base with intent to distribute to 131 months imprisonment.

On July 28, 2011, the defendant filed a motion for preservation of rights under the Fair Sentencing Act, which the Court denied on August 8, 2011.

On March 13, 2012, the Court, on the defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), reduced the defendant's sentence for possession of cocaine base with intent to distribute to 120 months imprisonment.

The Sixth Circuit has held that the Fair Sentencing Act does not apply retroactively to a defendant who already had been sentenced when it took effect. *United States v. Carradine*, 621 F.3d 575, 580 (6th Cir. 2010). Therefore, the Court must deny the defendant's motion.

Accordingly, it is **ORDERED** that the defendant's motion for reduction of sentence [dkt. #74] is **DENIED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: August 29, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 29, 2012.

s/Deborah R. Tofil
DEBORAH R. TOFIL